AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 20, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jerson Hernandez Espinosa | ) | Case No.  **4:26-mj-330** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     May 16, 2026     in the county of     Harris     in the
  Southern   District of     Texas     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Mexico, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Harris County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Adam Khalil, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date:     05/20/2026

*Judge's signature*

City and state:     Houston, Texas

Judge Christina A. Bryan
*Printed name and title*

**4:26-mj-330**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Adam Khalil, being duly sworn by telephone, hereby depose and say:

(1)    I am currently serving as a Deportation Officer with Immigration and Customs Enforcement (ICE), a position I have held since April 15, 2018. I possess over eight years of experience in this position.

(2)    On or about May 16, 2026 , Immigration and Customs Enforcement (ICE) encountered Jerson Hernandez Espinosa (hereinafter "Defendant") while he was incarcerated at the Harris County Jail, at which time a detainer was placed. On May 18, 2026, he was transferred to the custody of ICE. On May 19, 2026, he was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and (b) .

(3)    The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5)    <u>Element One</u>: The Defendant is a citizen and national of Mexico and not a native, citizen or national of the United States.

(6)    <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasion(s):

1. Removed 07/15/2005
2. Removed 11/14/2013
3. Removed 08/06/2021

(7)    <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on or about May 16, 2026 in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date

specified earlier in this paragraph. On May 19, 2026, LESC advised me that it had no record on such encounter.

(8)     <u>Element Four</u>: The Defendant did not have permission to re-enter the United States. On May 19, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information.  I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(9)     The Defendant's prior criminal history:

a. On April 25, 2005, the Defendant, was convicted in the 176th District Court, Harris County, TX, for the offense of POSSESSION OF COCAINE < 1 GRAM under case number: 1024507. For this offense, a felony, the Defendant was sentenced to 120 days in county jail.

b. On April 25, 2006, the Defendant, was convicted in the County Criminal Court 1, Harris County, TX, for the offense of DRIVING WHILE INTOXICATED under case number: 1349549. For this offense, a misdemeanor, the Defendant was sentenced to 120 days in county jail.

c. On April 25, 2006, the Defendant, was convicted in the County Criminal Court 1, Harris County, TX, for the offense of DRIVING WHILE INTOXICATED under case number: 1361757. For this offense, a misdemeanor, the Defendant was sentenced to 120 days in county jail.

d. On June 2, 2006, the Defendant, was convicted in the 208th District Court, Harris County, TX, for the offense of POSSESSION OF COCAINE < 1 GRAM under case number: 1060226. For this offense, a felony, the Defendant was sentenced to 90 days in county jail.

e. On August 3, 2021, the Defendant, had the ASSAULT FAMILY/HOUSE MEMBER IMPEDE BREATH/CIRCULATION charge dismissed. The State requested dismissal because the complaining witness requested for the case to be dismissed.

On May 19, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Jay Hileman (713) 703-9308 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

Adam Khalil
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically to me this 20th day of May 2026, and I find probable cause exists.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas